IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>   v.<br><br>AMERICAN FUTURE SYSTEMS, INC., et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 20-2266 |

## **ORDER**

**AND NOW**, this 20th day of January 2021, upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (Doc. No. 20), Defendants' Response in Opposition to Plaintiff's Motion for Leave (Doc. No. 22), the supplemental briefs of the parties (Doc. Nos. 23, 24, 38), and the arguments of counsel during the telephone conference held on December 1, 2020, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion for Leave to File a First Amended Complaint (Doc. No. 20) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.