IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN FUTURE SYSTEMS, INC., et al.,<br><br>           Defendants. | CIVIL ACTION<br>NO. 20-2266 |

## ORDER

**AND NOW**, this 30th day of April 2021, upon consideration of ICR Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 48), AFS Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 55), Joinder of ICR Defendants to AFS Defendants' Motion to Dismiss (Doc. No. 59), Plaintiffs' Joint Response in Opposition to Defendants' Motions to Dismiss (Doc. No. 62), AFS Defendants' Reply in Support of its Motion to Dismiss (Doc. No. 66), Plaintiffs' Joint Notice of Supplemental Authority (Doc. No. 71), ICR Defendants' Reply in Support of Their Motion to Dismiss (Doc. No. 73), AFS Defendants' Response to Plaintiffs' Joint Notice of Supplemental Authority (Doc. No. 74), and AFS Defendants' Notice of Supplemental Authority (Doc. No. 82), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. ICR Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 48) is **DENIED**.

2. AFS Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 55) is **DENIED**.

3. Defendants shall file an answer to the First Amended Complaint by May 17, 2021.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.