# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | |
| AMERICAN FUTURE SYSTEMS, INC., PROGRESSIVE BUSINESS PUBLICATIONS OF NEW JERSEY, INC., INTERNATIONAL CREDIT RECOVERY, INC., EDWARD M. SATELL, RICHARD DIORIO JR., and CYNTHIA POWELL, | : | 2:20-cv-02266 |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

To the Clerk of Courts:

Kindly withdraw the appearance of Casey Alan Coyle, Esquire of Eckert Seamans Cherin & Mellott, LLC as counsel for Defendants, American Future Systems, Inc., Progressive Business Publications of New Jersey, Inc., International Credit Recovery, Inc., Edward M. Satell, Richard Diorio Jr., and Cynthia Powell,

105378413.1

in the above-captioned matter. Mark S. Stewart, Esquire of Eckert Seamans Cherin & Mellott, LLC shall remain as counsel for Defendants.

                                        Respectfully submitted,

Date: August 5, 2022

*/s/ Casey Alan Coyle*
Casey Alan Coyle (PA I.D. No. 307712)
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101
717 237 6000
ccoyle@eckertseamans.com

105378413.1

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of August, 2022, a copy of the foregoing WITHDRAWAL OF APPEARANCE was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Casey Alan Coyle
Casey Alan Coyle

105378413.1