**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br>     *Plaintiffs,* <br><br> v. <br><br> AMERICAN FUTURE SYSTEMS, INC., *et al.,* <br>     *Defendants.* | Case No. 2:20-cv-02266 |

**NOTICE OF WITHDRAWAL OF INTERNATIONAL CREDIT RECOVERY, INC., RICHARD DIORIO, JR. AND CYNTHIA POWELL'S MOTION FOR A PROTECTIVE ORDER**

International Credit Recovery, Inc. ("ICR"), Richard Diorio, Jr. ("Mr. Diorio"), and Cynthia Powell ("Mrs. Powell" and collectively the "ICR Defendants"), by and through their undersigned counsel, hereby withdraw their Motion for Protective Order filed on January 6, 2023 as ECF #274.

                                                             Respectfully submitted,

Date: February 6, 2023                            ___/s/ *Pamela Cunningham*_____
                                                           Stephen M. Hladik, Esquire
                                                           Pamela Cunningham, Esquire
                                                           298 Wissahickon Avenue
                                                           North Wales, PA 19454
                                                           215-855-9521 (telephone)
                                                           215-855-9121 (fax)
                                                           shladik@hoflawgroup.com
                                                           pcunningham@hoflawgroup.com