**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FUTURE SYSTEMS, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 20-2266 |

**ORDER**

**AND NOW**, this 19th day of September 2023, upon consideration of Plaintiff Commonwealth of Pennsylvania's Motion for Summary Judgment (Doc. No. 338), Defendants' Response in Opposition (Doc. No. 349) and Plaintiff's Reply to Response in Opposition (Doc. No. 351), it is **ORDERED** that Plaintiff Commonwealth of Pennsylvania's Motion for Summary Judgment (Doc. No. 338) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.