**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FUTURE SYSTEMS, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 20-2266 |

# ORDER

**AND NOW**, this 19th day of September 2023, upon consideration of Defendants American Future Systems, Inc., Progressive Business Publications of New Jersey, Inc., and Edward M. Satell's Motion for Summary Judgment (Doc. No. 342), Plaintiffs' Response in Opposition (Doc. No. 348) and Defendants American Future Systems, Inc., Progressive Business Publications of New Jersey, Inc., and Edward M. Satell's Response in Support of Motion for Summary Judgment (Doc. No. 350), it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 342) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.