IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN FUTURE SYSTEMS, INC., et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 20-2266 |

## JUDGMENT

**AND NOW**, this 29th day of March 2024, it is **ORDERED** as follows:

1. On Plaintiff Federal Trade Commission's ("FTC") claims in the Amended Complaint (Doc. No. 43) alleging in Count I (Misrepresentation of trial offers in violation of the FTC Act, 15 U.S.C. § 45(a)), in Count II (Failure to disclose material terms and conditions of the offer in violation of the FTC Act, 15 U.S.C. § 45(a)), in Count IV (Violation of the Unordered Merchandise Statute, 39 U.S.C. § 3009), judgment is entered in favor of Defendants American Future Systems, Inc, Progressive Business Publications of New Jersey, Inc., and Edward M. Satell and against the Federal Trade Commission.

2. On Plaintiff Commonwealth of Pennsylvania's claims in Count V (Misrepresentation of trial offers in violation of the Pennsylvania's Unfair Trade Practices and Consumer Protection Law ("UTPCPL"), 73 P.S. § 201-3), Count VI (Failure to disclose material terms and conditions of the offer in violation of the UTPCPL, 73 P.S. § 201-3), and Count VIII (Sending and billing for unordered merchandise in violation of the UTPCPL, 73 P.S. § 201-3), judgment is entered in favor of Defendants American Future Systems, Inc,

Progressive Business Publications of New Jersey, Inc., and Edward M. Satell and against the Commonwealth of Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.