IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FUTURE SYSTEMS, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 20-2266 |

## ORDER

**AND NOW**, this 11th day of June 2024, upon consideration of Plaintiff Federal Trade Commission's Motion to Alter or Amend Judgment (Doc. No. 466), Plaintiff the Commonwealth of Pennsylvania's Motion to Alter or Amend Judgment (Doc. No. 467) Defendants American Future Systems, Inc., Progressive Business Publications of New Jersey, Inc., and Edward M. Satell's Response in Opposition (Doc. No. 470), Plaintiffs' Replies (Doc. Nos. 473, 474) and in accordance with Opinion of the Court issued this day, it is **ORDERED** that Plaintiffs' Motions to Alter or Amend Judgment (Doc. Nos. 466, 467) are **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.