# Exhibit G

# CPI Inflation Calculator

$ 125.00

in year1 month March  year1 year 1996

has the same buying power as

$252.52

in year2 month July  year2 year 2024

Calculate