IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FUTURE SYSTEMS, INC. et al, <br><br> Defendant. | CIVIL ACTION <br> NO. 20-2266 |

### ORDER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES, EXPENSES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

**AND NOW**, this 30th day of July 2025, upon consideration of Defendants American Future Systems, Inc., Progressive Business Publications of New Jersey, Inc. and Edward Satell's ("Defendants") Motion for Attorneys' Fees, Expenses and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. No. 478), the FTC's Response in Opposition (Doc. No. 481), Defendants' Reply (Doc. No. 482), the Opinion and Order of the Court dated May 16, 2025 (Doc. Nos. 483, 484), Defendants' Supplemental Memorandum in Support (Doc. No. 486), the FTC's Supplemental Memorandum in Opposition (Doc. No. 489) and Defendants' Supplemental Reply (Doc. No. 490), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Attorneys' Fees, Expenses and Costs under the Equal Access to Justice Act (Doc. No. 478) is **GRANTED** in part and **DENIED** in part.

2. American Future Systems, Inc. and Progressive Business Publications of New Jersey, Inc. are awarded reasonable attorneys' fees, expenses and costs in the

1

amount of **$3,046,291.94**, which shall be paid by the FTC pursuant to 28 U.S.C. § 2412.

3. Any amount requested by Defendants in excess of $3,046,291.94 is **DENIED**.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_
JOEL H. SLOMSKY, J.